IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE CLINE NIMMONS,

    Plaintiff,

v.                                                    CASE NO. 4:05-cv-00170-MP-AK

CHARLIE CRIST,
et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed without prejudice as Plaintiff, who has had three cases dismissed as frivolous, is not entitled to bring this case without payment of the filing fee and he did not submit payment at the time he submitted his complaint. The plaintiff objected, but nothing in his objections or complaint indicated that he was in imminent risk of physical injury. He must therefore pay the filing fee at the time of his complaint to bring this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  _22nd_  day of September, 2005

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge